UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**In re:**

| | |
|---|---|
| **Aleron, Inc.** | **Case No. 02-81275-SSM** |
| **Aleron U.S., Inc.** | **Case No. 02-81276-SSM** |
| **TA Acquisition Corp.,** | **Case No. 02-81277-SSM** |
| | **Chapter 7** |
| **Debtor.** | **(Jointly Administered)** |

## AMENDED REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the Trustee submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of $9,925.23 representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. §2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| **Creditor's Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Commonwealth of Massachusetts<br>c/o Leslie Physic, Tax Examiner<br>P O Box 55484<br>Boston, MA 02205-5484 | 58 TA | $1,056.00 |
| Robert Kim<br>13208 Stone Heather Driver<br>Herndon, VA 20171 | 16A A | $3,364.27 |
| Robert Kim<br>13208 Stone Heather Driver<br>Herndon, VA 20171 | 16B A | $678.62 |
| Yiang Liang<br>13514 Virginia Willow Dr<br>Fairfax, VA 22033 | 15B A | $86.85 |
| Robert Kim<br>13208 Stone Heather Driver<br>Herndon, VA 20171 | 16B A | $180.37 |

| Name & Address | Claim | Amount |
|---|---|---|
| Jeffrey Carl<br>1221 Bond St<br>Herndon, VA 20170 | 18B A | $89.57 |
| Lance Hayden<br>2311 South Nash Street<br>Arlington, VA 22202 | 20B A | $18.75 |
| Karen Reeves<br>1604 Woodstock Lane<br>Reston, VA 20194 | 22B A | $147.89 |
| Richard Kuziomko<br>1604 Woodstock Lane<br>Reston, VA 20194 | 23B A | $188.48 |
| Verizon<br>Bankruptcy Dept. Room 203<br>1500 Maccorkle Ave<br>Charleston, WV 25314 | 24 A | $9.92 |
| Singh Sanjay<br>3058 Stevens Lane<br>San Jose, CA 95148 | 30B A | $140.89 |
| Verizon Communications Inc.<br>ATTN: Darryl S. Laddin, Esquire<br>2800 One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3450 | 34 A | $10.26 |
| Genesys Conferencing (VIALOG)<br>P O Box 845512<br>Boston, MA 02284-5512 | 4 TA | $10.11 |
| Paolo Guidi<br>1531 Victoria Farms LA<br>Vienna, VA 22182 | 53B A | $1084.34 |
| WEBEX Commujnications Inc.<br>307 W Tasman Drive<br>San Jose, CA 95134 | 56 TA | $14.19 |
| Williams Communications LLC<br>WilTel Communications LLC<br>f/k/a/ Williams Communications, LLC<br>c/o Hogan & Hartson, LLP<br>555 Thirteenth Street, NW | 6 US | $94.65 |

Washington, DC 20004

| | | |
|---|---|---|
| Virginia Gateway<br>c/o Robert E. Greenberg<br>1101 17th ST., NW, Suite 700<br>Washington, DC 20036 | 49A | $2,750.07 |

Dated:  3/28/2007              /s/  RICHARD A. BARTL            
                                                        RICHARD A. BARTL, Chapter 7 Trustee
                                                        TYLER BARTL GORMAN & RAMSDELL PLC
                                                        700 S. Washington Street, Suite 216
                                                        Alexandria, Virginia 22314
                                                        (703) 549-5000