# United States Bankruptcy Court
## Eastern District of Virginia
Alexandria Division

**TO:**  
Tommy Andrews, Esquire

**In re:** Aleron, Inc.

**Case Number** 02–81275–SSM  
**Chapter** 7

## YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:

*501* – Motion for Return of Unclaimed Funds and NOTICE OF MOTION filed by Tommy Andrews Jr. of Tommy Andrews, Jr. P.C. on behalf of Attn Stephen Chernow Intelsat Corporation. (Attachments: # (1) Exhibit(s) exhibit) (Andrews, Tommy)

### REQUIREMENTS OF FORM/PROCESS:

__ Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

__ Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

**X** Motion for Return of Unclaimed Funds; Funds could not be verified in the name of the movant. Please review this filing for error and amend accordingly.

### MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:

__ Not accompanied by Certification Regarding Request for Expedited Hearing*.

__

### MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:

__ Not accompanied by proof of service indicating service of motion upon parties required to be served.

__ Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.

__ Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

__

### NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:

__ Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

__ Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

__ Date, time and/or location omitted or incorrect in Notice of Hearing.

__ Notice of Hearing/Response not properly linked to Motion/Application/Objection

__

*A copy of the above–referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date: December 3, 2009       CLERK, UNITED STATES BANKRUPTCY COURT

[igmotionvDec2009.jsp]

By /s/ Denise S. Williams, Deputy Clerk  
Direct Dial Telephone No. (703) 258–1274